UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>River Street Plaza East Condominium<br>Association, et al.,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   13-00682<br>(Jointly Administered)<br>Chapter: 11<br>Honorable Carol Doyle |

### Order Granting First and Final Application for Payment of Fees and Reimburse Bment of Expenses By Thompson Coburn LLP

This matter having come before the Court pursuant to the First and Final Application Allowance and Payment of Fees and Reimbursement Of Expenses By Thompson Coburn, LLP  (the "Application") filed by Thompson Coburn LLP, counsel to the Debtors ("Applicant").

Upon consideration of the pleadings and statements of counsel, and no objections having been filed or presented, the Court finds that due and proper notice of the Application was provided and that good cause exists to grant the relief requested.

WHEREFORE, IT IS HEREBY ORDERED that the First Application For  Allowance and Payment of Fees and Reimbursement Of Expenses By Thompson Coburn, LLP is granted;

IT IS FURTHER ORDERED that Applicant's fees in the amount Seventy Five Thousand Sixty Six and 50/100 Dollars ($75,066.50) and expenses in the amount of Two Thousand Seven Hundred Fifty Eight and 54/10 Dollars ($2,758.54) incurred from January 8, 2013 through and including February 28, 2014 (the "Approved Fees and Expenses") are approved and allowed; and

IT IS FURTHER ORDERED that the Debtors are hereby directed to make payment forthwith to Applicant of the unpaid balance of the Approved Fees and Expenses.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  March 26, 2014

**Prepared by:**

Matthew S. Johns
Thompson Coburn, LLP
55 E. Monroe - 37th Floor
Chicago, Illinois 60614